IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CORRY PRESTON,

    Petitioner,

v.                                            1:14cv101–WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 37) docketed August 16, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 38) to the report and recommendation.

Upon review of the record, including the petitioner's objections to the report and recommendation, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 37) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition for writ of habeas corpus (doc. 6) is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___22nd___ day of ___September___, 2017.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE5.